UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:                                                                    Chapter 11

RAYMOND DICKHOFF                                      Case No.: 18-77317
a/k/a RAYMOND F. DICKHOFF



                                    Debtor
----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      ) ss.:
COUNTY OF NASSAU    )

Angelique Filardi, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Plainview, New York.

On February 5, 2019, deponent served a copy of the within **Subpoena for Rule 2004 Examination and Exhibits** by regular mail upon the parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, properly address wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by regular mail.

To:    * See Attached Service List *

_____
Angelique Filardi

Sworn to me this 5th
day of February, 2019

_____
NOTARY PUBLIC

HEATH S. BERGER
Notary Public, State of New York
No. 02BE5008879
Qualified in Suffolk County
Commission Expires March 1, 20_23_

Wayne Steck
The Gates at Medford, LLC
1600 Calebs Path Extension
Hauppauge, New York 11749

Eastern Property Investor Consultants, LLC
Macco & Stern, LLP
2950 Express Drive South, Suite 109
Islandia, New York 11749

The Gates at Medford, LLC
1600 Calebs Path Extension
Hauppauge, New York 11788

The Gates at Medford, LLC
c/o Ferro, Kuba, Mangano, Skylar, P.C.
825 Veterans Highway
Hauppauge, New York 11788